**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY and STATE
FARM FIRE AND CASUALTY COMPANY,

     Plaintiffs,

          vs.

FIRST CHOICE CARE CHIROPRACTIC &
REHABILITATION CENTER, INC., a Florida
Corporation, INTERNATIONAL
CHIROPRACTIC AND REHAB, INC., a
Florida Corporation, JEAN HARRY
MAURICE, an individual, FAUSTIN
BELIZOR, an individual, and DIANE
COPELAND, D.C., an individual,

     Defendants.

Case No: 8:20-
cv-330-T-60CPT

_____/

## JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

     Pursuant to Federal Rule of Civil Procedure 41, the Court's Case Management and Scheduling Order [ECF No. 30], and Court's Order based on Plaintiffs' Notice of Settlement [ECF No. 48] Plaintiffs State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company, and Defendants First Choice Care Chiropractic & Rehabilitation Center Inc., International Chiropractic and Rehab, Inc., Jean Harry Maurice, Faustin Belizor, and Diane Copeland, D.C., by and through their respective undersigned counsel, hereby stipulate to the dismissal of the above-captioned action with prejudice, with each party bearing its own attorneys' fees, costs, and expenses.

Dated: February 19, 2021

/s/  Nicholas J. Purvis
David I. Spector (Fla. Bar No. 086540), **Trial Counsel**
Nicholas J. Purvis (Fla. Bar No. 054268)
Kayla L. Pragid (Fla. Bar No. 0098738)
**HOLLAND & KNIGHT LLP**
777 South Flagler Drive, Suite 1900W
West Palm Beach, FL 33401
Telephone:  (561) 833-2000
Facsimile:  (561) 650-8399
E-mail: david.spector@hklaw.com
        nicholas.purvis@hklaw.com
        kayla.pragid@hklaw.com
        kim.roark@hklaw.com
        alexandra.amburgy@hklaw.com
*Attorneys for State Farm Plaintiffs*

| | |
|---|---|
| /s/  Sandford Topkin | /s/  Chad Barr |
| Sanford R. Topkin, Esq. | Chad A. Barr, Esq. |
| Benjamin G. Partlow, Esq. | LAW OFFICE OF CHAD A BARR, PA |
| TOPKIN & PARTLOW, P.L. | 238 North Westmonte Drive |
| 1166 West Newport Center Drive | Suite 200 |
| Ste 309 | Altamonte Springs, FL 32714-2059 |
| Deerfield Beach, FL  33442 | Telephone:  (407) 599-9036 |
| Telephone:  (954) 422-8422 | Facsimile:  (407) 960-6247 |
| Facsimile:  (954) 422-5455 | Email: chad@chadbarrlaw.com |
| Email:stopkin@topkinlaw.com | frances@chadbarrlaw.com |
| bpartlow@topkinlaw.com | paralegal@chadbarrlaw.com |
| epopper@topkinlaw.com | service@chadbarrlaw.com |
| | |
| *Attorneys for First Choice Care Chiropractic & Rehabilitation Center, Inc.; International Chiropractic and Rehab, Inc. and Diane Copeland* | *Attorney for Jean Harry Maurice and Faustin Belizor* |

## CERTIFICATE OF SERVICE

I hereby certify that on <u>February 19, 2021</u>, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

<u>/s/ Nicholas J. Purvis</u>
NICHOLAS J. PURVIS
Fla. Bar No. 054268

## SERVICE LIST

| | |
|---|---|
| Sanford R. Topkin, Esq.<br>Benjamin G. Partlow, Esq.<br>TOPKIN & PARTLOW, P.L.<br>1166 West Newport Center Drive,<br>Suite 309<br>Deerfield Beach, FL 33442<br>Telephone: (954) 422-8422<br>Facsimile: (954) 422-5455<br>Email: stopkin@topkinlaw.com<br>        bpartlow@topkinlaw.com<br>        epopper@topkinlaw.com<br><br>*Attorneys for First Choice Care Chiropractic & Rehabilitation Center, Inc.; International Chiropractic and Rehab, Inc. and Diane Copeland* | Chad A. Barr, Esq.<br>LAW OFFICE OF CHAD A BARR, PA<br>238 North Westmonte Drive, Suite 200<br>Altamonte Springs, FL 32714-2059<br>Telephone: (407) 599-9036<br>Facsimile: (407) 960-6247<br>Email: chad@chadbarrlaw.com<br>        frances@chadbarrlaw.com<br>        paralegal@chadbarrlaw.com<br>        service@chadbarrlaw.com<br><br>*Attorney for Jean Harry Maurice and Faustin Belizor* |